UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SAM JOSEPH-JERREL, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:25-cv-02988 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| EASY HONDA, *et al*, | § | |
| Defendants. | § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Plaintiff Sam Joseph-Jerrel proceeds here *pro se*. His prior *ex parte* application for a temporary restraining order was denied by the undersigned. Dkt 6. The matter was then referred for further disposition to Magistrate Judge Dena Hanovice Palermo. Dkt 7.

Plaintiff filed another emergency motion for a temporary restraining order. Dkt 9. Judge Palermo issued a Memorandum and Recommendation on July 24, 2025, recommending that the emergency motion be denied because Plaintiff "fails to address the injunctive relief prerequisites, much less establish that they weigh in favor of issuing a temporary restraining order." Dkt 11 at 2. No objection was filed.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d

1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 11.

The emergency motion by Plaintiff Sam Joseph-Jerrel for a temporary restraining order is DENIED. Dkt 9.

SO ORDERED.

Signed on August 12, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge